## CLARA RAASCH v. ELITE LAUNDRY COMPANY.[1]

July 19, 1907.

Nos. 15,275, 15,276—(198, 199).

Action in the district court for Ramsey county to recover $10,000 for personal injuries. The case was tried before Orr, J., and a jury which rendered a verdict in favor of plaintiff for $5,000. Defendants' motion for judgment notwithstanding the verdict was denied. From the judgment entered pursuant to the verdict, defendants appealed. Affirmed.

*D. W. Lawler* and *D. F. Lyons,* for appellants.

*How, Butler & Mitchell,* for respondent.

PER CURIAM.

This cause was here on a former appeal, and the opinion then rendered is reported in 98 Minn. 357, 108 N. W. 477. The second trial of the action resulted in a verdict for plaintiff for the sum of $5,000. Defendants moved the court for judgment notwithstanding the verdict, which motion was denied. Judgment was then entered, and defendants appealed.

All questions of law pertinent to the issues presented were disposed of adversely to defendants' view of the case on the former appeal, and the decision there rendered is the law of the case. It is contended on this appeal that the evidence is materially different from what it was on the former appeal, and that on the facts as they now appear defendants are entitled to judgment on the merits of the case as a matter of legal right. We are unable to reach that conclusion. A careful examination of the evidence in comparison with that presented by the former record discloses in our view of the matter, no substantial or material variation in the principal facts of the case. It would serve no useful purpose as a precedent to discuss the evidence at length, and we refrain. It is fully set out in the former opinion.

Judgment affirmed.

[1] Reported in 112 N. W. 1141.